UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARIO MARTINEZ-CASTRO,

          Petitioner,

   v.

JASON BENNETT,

          Respondent.

Case No. C23-256-JNW-MLP

ORDER

This matter is before the Court on Petitioner Dario Martinez-Castro's Motion for Extension of Time ("Petitioner's Motion"). (Dkt. # 23.) Due to limited law library access at the Stafford Creek Corrections Center, Petitioner requests an extension of time to December 1, 2023, to respond to Respondent's Answer and Memorandum of Authorities, which is currently noted to be heard by this Court on November 3, 2023. (*Id.* at 1-2.)

Based on Petitioner's Motion, and finding good cause, Petitioner's Motion is GRANTED. Petitioner shall have up and until **December 1, 2023**, to submit a response to Respondent's Answer. The Clerk is directed to re-note Respondent's Answer (dkt. # 21) to be heard by this Court on **December 8, 2023**. The Clerk is further directed to send copies of this Order to the parties and to the Honorable Jamal N. Whitehead.

ORDER - 1

Dated this 25th day of October, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2